# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 2, 2012

Lyle W. Cayce
Clerk

No. 12-20064
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE RAMON AGUIRRE RODRIGUEZ, Also Known as Jose Aguirre Rodriguez,
Also Known as Jose Aguirre, Also Known as Jose Ramon Aguirre-Rodriguez,
Also Known as Jose Ramon Aguirre, Also Known as Jose Rodriguez,
Also Known as Jose Ramon Rodriguez,
Also known as Jose Rodriguez Aguirre, Jose Aguirre Ramon,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
No. 4:11-CR-605-1

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 12-20064

The attorney appointed to represent Jose Aguirre Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Aguirre Rodriguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.